# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SURENDRA ARORA and LAURENTIU RUSSO,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>UHNDER, INC., a Delaware Corporation, and  )<br>SANJAY PATEL,  )<br>)<br>Defendants.  ) | No. 2:23-cv-2274<br><br>Hon. James E. Shadid<br><br>Hon. Jonathan E. Hawley |

## STIPULATION TO DISMISS

Plaintiffs and Defendant Uhnder, Inc., through their attorneys and pursuant to Federal Rule 41(a)(1)(A)(ii) hereby stipulate to dismiss all claims asserted by Plaintiffs against Uhnder without prejudice, pursuant to the parties' settlement agreement and with each side bearing its own attorney fees and costs. The parties further stipulate that the dismissal without prejudice shall automatically convert to a dismissal with prejudice on April 15, 2026, barring a motion by Plaintiffs to withdraw the settlement and revive the claim prior to April 15, 2026.

Date: January 26, 2026         Respectfully submitted,

| | |
|---|---|
| **SURENDRA ARORA and LAURENTIU RUSSO**<br><br>By: /s/ Christopher M. Miller<br>Timthoy D. Elliott<br>Christopher M. Miller<br>RATHJE WOODWARD LLC<br>300 W. Roosevelt Rd, Suite 220<br>Wheaton, Illinois 60187<br>*Attorney for Plaintiffs* | **UHNDER, INC.**<br><br>By: /s/ Austin Krist<br>CLEVELAND KRIST PLLC<br>303 Camp Craft Road, Suite 325<br>Austin, Texas 78746<br>(737) 900-7107<br>akrist@clevelandkrist.com<br>*Attorney for Defendant Uhnder, Inc.* |